**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**Nordica S.p.A. et al.**</u>

    **v.**                                   Case No. 06-cv-451-PB

<u>**Icon Health & Fitness, Inc.**</u>

<u>**O R D E R**</u>

The motion to amend (Doc. No. 62) is granted.  The time for responding to the amended complaint is stayed until January 3, 2010.  The parties shall meet and confer and attempt to resolve their competing claims on or before December 3, 2009.  If the case is not resolved by December 3, 2009, the court will hold a telephone conference to discuss the appointment of a mediator.

If the case is not resolved on or before January 3, 2010, the defendants shall respond to the amended complaint within the time allowed by the rules and, on or before February 3, 2010, the parties shall file cross motions for summary judgment addressing the contract interpretation issues discussed at the November 2, 2009 status conference.  Objections to the motions for summary judgment shall be filed on or before February 17, 2010.  No replies shall be permitted.

The court will resolve the motions for summary judgment on an expedited basis and the case shall be set for trial during the March 2010 trial period.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 3, 2009

cc:   Burton S. Ehrlich, Esq.
      James F. Laboe, Esq.
      Jonathan A. Lax, Esq.
      L. Rex Sears, Esq.
      Larry R. Laycock, Esq.
      Robyn L. Phillips, Esq.