# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NORDICA S.p.A., <br> a foreign corporation, and <br><br> NORDICA USA Corp., <br> a New Hampshire corporation <br><br> Plaintiffs, <br><br> v. <br><br> ICON HEALTH & FITNESS, INC., <br> a Delaware corporation and <br><br> ICON IP, Inc., a Delaware corporation <br><br> Defendants. | Civil Action No. 1:06-cv-00451-PB <br><br> **ORDER GRANTING NORDICA S.p.A. AND NORDICA USA CORP.'S ASSENTED-TO MOTION TO APPROVE SETTLEMENT AGREEMENT** <br><br> Judge Paul Barbadoro |

THIS MATTER came before the Court on Nordica S.p.A and Nordica USA Corp.'s Assented-To Motion to Approve Settlement Agreement. Having considered the filed papers and submissions in support of the motion, and for good cause shown, the Motion is Granted, and IT IS HEREBY ORDERED:

This Court shall retaining jurisdiction to enforce the Settlement Agreement attached as Exhibit A to Nordica's motion.

DATED this 5th day of January, 2010.

                                              **BY THE COURT**

                                              /s / **Paul Barbadoro** <br>
                                              **Honorable Paul Barbadoro** <br>
                                              **United States District Court Judge**

Cc:  Counsel of Record